ERIC GRANT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIDAL FABELA,<br><br>Defendant. | CASE NO. 2:12-cr-00372-JAM<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME (ECF No. 24)** |

On August 25, 2025, the Government requested an extension of time to file its response to Defendant's *pro se* motion for compassionate release. (ECF No. 20).

IT IS HEREBY ORDERED that Government's response is now due **October 01, 2025**.

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE